IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 JAN 29 P 2: 22
U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| SUSAN B. PAIER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MCKESSON GENERAL MEDICAL )<br>CORPORATION, et al., )<br>)<br>Defendants. ) | Civil Action No. 301CV1869 AVC |

## STIPULATION OF DISMISSAL
### (FROM ENTIRE ACTION WITH PREJUDICE AND WITHOUT COSTS)

IT IS HEREBY STIPULATED by and among the parties to this action, through their respective counsel, that this action is hereby dismissed with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41. This dismissal is intended to dismiss this case in its entirety, including any remaining claims and cross claims.

Dated: 5/13-03

By: _____
T. Christopher Tuck, Esquire
Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
P.O. Box 1007
Mount Pleasant, SC 29464
Attorney for Plaintiff,
Susan B. Paier

January 29, 2004. SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2004 JAN 29 P 2: 22
U.S. DISTRICT COURT
HARTFORD, CT

01CV1869(AVC)

Stipulation of Dismissal for Susan B. Paier
Page Two

Dated:_____       By: _____
                              William J. O'Brien, Esquire
                              Delaney & O'Brien
                              Constitution Place
                              325 Chestnut Street, Suite 1212
                              Philadelphia, PA 19106
                              Attorneys for Defendants,
                              McKesson General Medical Corporation

2

Stipulation of Dismissal for Susan B. Paier
Page Three

Dated: 5/19/03                          By: _____
                                            Karen Shichman Crawford, Esquire
                                            Buchanan Ingersoll Professional Corporation
                                            One Oxford Centre
                                            301 Grant Street, 20th Floor
                                            Pittsburgh, PA 15219-1410
                                            Attorneys for Defendants,
                                            LIG, Inc., n/k/a SSL Americas

Stipulation of Dismissal for Susan B. Paier
Page Five

Dated: 6/3/03                By: *Christy J. Benton*
                             Jeffrey Singer, Esquire
                             ~~[redacted]~~ *Christy J. Benton, Esq.*
                             Segal, McCambridge, Singer & Mahoney, Ltd.
                             One IBM Plaza, Suite 200
                             330 North Wabash
                             Chicago, IL 60611
                             Attorneys for Defendants,
                             Safeskin Corporation

Stipulation of Dismissal for Susan B. Paier
Page Six

Dated: 6/15/03    By: *[signature]*
Brian S. Westenberg, Esquire
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098-6358
Attorneys for Defendants,
Bergen Brunswig Medical Corporation

6

Stipulation of Dismissal for Susan B. Paier
Page Seven

Dated: 5/19/03        By: *[signature]*
                      Barry M. Epstein, Esquire
                      Beth S. Rose, Esquire
                      Sills, Cummis, Zuckerman, Radin,
                      Tischman, Epstein & Gross, P.A.
                      One Riverfront Plaza
                      Newark, NJ 07102-5400
                      Attorneys for Defendants,
                      Becton Dickinson and Company

7

Stipulation of Dismissal for Susan B. Paier
Page Nine

Dated: 6-30-03          By: _____
                            Tom Kuzmick, Esquire
                            Rawle & Henderson
                            The Widener Building
                            One South Penn Square
                            Philadelphia, PA 19107
                            Attorneys for Defendants,
                            Sage Products

9

Stipulation of Dismissal for Susan B. Paier
Page Ten

**IT IS SO ORDERED.**

Dated:_____        _____
                                       Judge