IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN B. PAIER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 301CV1869 AVC |
| | ) | |
| v. | ) | |
| | ) | |
| MCKESSON GENERAL MEDICAL | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL
### (FROM ENTIRE ACTION WITH PREJUDICE AND WITHOUT COSTS)

IT IS HEREBY STIPULATED by and among the parties to this action, through their respective counsel, that this action is hereby dismissed with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41. This dismissal is intended to dismiss this case in its entirety, including any remaining claims and cross claims.

Dated: 5/13/03

By: T. Christopher Tuck, Esquire
Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
P.O. Box 1007
Mount Pleasant, SC 29464
Attorney for Plaintiff,
Susan B. Paier

SO ORDERED.
Alfred V. Covello, U.S.D.J.
January 29, 2004